IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES R. HAUSMAN,

        Petitioner,

v.

BAKER TILLY US, LLP,

        Respondent.

ORDER

23-mc-2-slc

---

IT IS HEREBY ORDERED that Movant James R. Hausman's Motion to Compel Compliance with Subpoena on Baker Tilly, US, LLP ("Baker Tilly") is GRANTED.

Respondent Baker Tilly shall produce all documents responsive to the Subpoena (ECF No. 3-1) no later than April 5, 2023. If respondent claims any responsive documents or information is protected work product and/or privileged information, respondent may redact such information. If petitioner wants to challenge any of respondent's redactions and/or claims of privilege or withholding of work product, petitioner shall attempt to meet and confer with respondent to address the issue without seeking intervention from the court. In the event that petitioner and respondent are unable to come to an agreement, either petitioner or respondent may file an appropriate motion in the United States District Court for the Western District of Wisconsin to seek a court ruling. The court retains jurisdiction of the matter to adjudicate any such dispute. In addition, respondent may initially redact or withhold any documents or information reflected in the documents that does not pertain to 2400 Tamiami Trail North, LLC. In the event that petitioner believes that documents or information that does not pertain

to 2400 Tamiami Trail North LLC is discoverable, petitioner may challenge respondent's withholding or redacting of information pursuant to the above-described procedure.

Entered this 28th day of March, 2023.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge